1

Abraham Kleinman, SBN (AK-6300)
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, NY 11556
(516) 522-2621

2

3

4

Attorney(s) for        Ira Wasserberg, etc.

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

6

7

Plaintiff:    Ira Wasserberg, etc.                        Case No:   05CIV11365

8

Defendant: Resort Recovery Solutions, LLC                 PROOF OF SERVICE

9

1. At the time of service I was at least 18 years of age and not a party to this action, and I served
copies of the:

10

11

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT

12

2. a. Party served:       Resort Recovery Solutions, LLC
   b. Person served:     Elisa Regalado, Assistant
   c. Place of Service:  5080 Shoreham Place, Suite 100
                         San Diego, CA 92122
                              {Business}

13

14

15

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:           December 20, 2007
      (2) at:           1:35 p.m.

16

17

4. Person serving:                          a. Fee for Service:$ 40.00
   MEL PASCUA                                e. Exempt from registration under
   CALEXPRESS                                   Bus. & Prof. Code 22350(b)
   1302 Kettner Boulevard
   San Diego, CA 92101
   (619) 685-1122

18

19

20

21

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.

22

23

Date:    December 21, 2007              Signature:

24

25

26

27

28

PROOF OF SERVICE