```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IRA WASSRBERG, *et al.*

        Plaintiff,

-against-

RESORT RECOVERY SOLUTIONS, LLC

        Defendant.

----------------------------------------------------------x

NOTICE OF DISCONTINUANCE

07 CIV 11365 (MGC)

IT IS HEREBY STIPULATED, by the undersigned attorney for the Plaintiff, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated: April 2, 2008
       Uniondale, New York

*[signature]*

Abraham Kleinman (AK-6300)
KLEINMAN LLC
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 522-1692

SO ORDERED
United States District Judge
April 8, 2008

Case closed.